

NUMBER 13-13-00626-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

DEDRICK ROY BONNER,                                                          Appellant,

v.

THE STATE OF TEXAS,                                                          Appellee.

On appeal from the 24th District Court
of Victoria County, Texas.

# ORDER TO FILE APPELLATE BRIEF

**Before Justices Garza, Benavides, and Perkes**
**Order Per Curiam**

This cause is currently before the Court on appellant's second unopposed extension of time to file the brief. The reporter's record was filed on January 7, 2014, and appellant's brief was originally due to be filed thirty days thereafter. *See* Tex. R. App. P. 38.6(a). This Court has previously granted appellant one extension of time

totaling 111 days to file the brief, and appellant now seeks an additional 45 days, until July 14, 2014, to file the brief.

The Court GRANTS appellant's second unopposed motion to file the brief and ORDERS the Honorable Jerry L. Clark to file the brief on or before July 14, 2014. The Court looks with disfavor on the delay caused by counsel's failure to timely file a brief in this matter. No further extensions will be granted absent exigent circumstances. If counsel fails to file the brief within the specified period of time, the Court will act appropriately to ensure that appellant's rights are protected. *See id.* R. 38.8(b)(4). The Clerk of this Court is ORDERED to serve a copy of this order on the Honorable Jerry L. Clark by certified mail, return receipt requested.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
10th day of June, 2014.